CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, ORLANDO GARCIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>HOOSHANG RADNIA, in individual and representative capacity as Trustee of The Hooshang Radnia Family Trust dated March 11, 1991; EDNA RADNIA, in individual and representative capacity as Trustee of The Hooshang Radnia Family Trust dated March 11, 1991; UNITED R T M INCORPORATED, a California Corporation; YAZID CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-09134-JFW-JEM<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

   The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

   The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: November 16, 2020     By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff