CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br>  v.<br>HOOSHANG RADNIA, in individual and representative capacity as Trustee of The Hooshang Radnia Family Trust dated March 11, 1991; EDNA RADNIA, in individual and representative capacity as Trustee of The Hooshang Radnia Family Trust dated March 11, 1991; UNITED R T M INCORPORATED, a California Corporation; YAZID CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-cv-09134-JFW-JEM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant HOOSHANG RADNIA; EDNA RADNIA; UNITED R T M INCORPORATED and YAZID CORPORATION has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 21, 2020      CENTER FOR DISABILITY ACCESS


                              By: /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff